UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   12-cr-00045-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**13. CENACA ROBINSON**, a/k/a "Red Flag,"

    Defendant.

---

### PRELIMINARY ORDER OF FORFEITURE
### ONLY AS TO DEFENDANT CENECA ROBINSON

---

THIS MATTER is before the Court on the United States' Motion for Preliminary Order of Forfeiture [ECF No. 585] pursuant to Rule 32.2 of the FEDERAL RULES of CRIMINAL PROCEDURE. The Court having read said motion and being fully advised in the premises finds:

On January 10, 2013, the United States and defendant, Cenaca Robinson, entered into a Plea Agreement [ECF No. 545] which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and FED. R. CRIM. P. 32.2;

THAT, the requisite nexus exists between the 2001 Chevrolet K1500 LS Suburban, VIN 3GNFK16T61G257194 and the charge of distribution and possession with the intent to distribute 280 grams or more of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance, that defendant

- 1 -

Cenaca Robinson pleaded guilty to.

THAT prior to the disposition of the assets, the United States, or its designated sub-custodian, is required to seize the forfeited property and provide notice to any third parties pursuant to 21 U.S.C. § 853(n);

THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT defendant Cenaca Robinson's interest in the following:

The 2001 Chevrolet K1500 LS Suburban, VIN 3GNFK16T61G257194, is forfeited to the United States in accordance with 21 U.S.C. § 853.   Pursuant to FED. R. CRIM. 32.2(b)(4), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

THAT the United States, or its designated sub-custodian, is directed to seize the property subject to forfeiture, and further to make its return as provided by law;

THAT the United States shall publish notice of this Preliminary Order of Forfeiture in accordance with 21 U.S.C. § 853(n) via a government website for at least thirty (30) consecutive days, and to make its return to this Court that such action has been completed;

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853 and FED. R. CRIM. P. 32.2(c)(2), in which all interests will be addressed.

The Court shall retain jurisdiction to enforce this Order and adjudicate the interests

of all third-parties in ancillary proceedings.

THAT, this Preliminary Order of Forfeiture will be amended pursuant to FED. R. CRIM. P. 32.2(e)(1) if additional specific property is later identified.

Dated:   April 22, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel,
Senior U.S. District Judge