UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.    12-cr-00045-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**13. CENECA ROBINSON**, **a/k/a Red Flag**,

    Defendant.

## FINAL ORDER OF FORFEITURE

THIS MATTER is before the Court on the Government's Motion For Final Order of Forfeiture [ECF No. 917].   After careful consideration of the Government's motion [ECF No. 917], I find:

THAT  the Government commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment [ECF No. 1] returned on January 26, 2012;

THAT a Preliminary Order of Forfeiture [ECF No. 711] was entered on April 22, 2013;

THAT all known interested parties were provided an opportunity to respond and that publication has been effected as required by 21 U.S.C. § 853(n);

THAT the time for any other third-party to file a petition expired on July 23, 2013;

THAT, as of October 17, 2013, no Petition for Ancillary Hearing has been filed by any petitioner; and,

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.  Accordingly, it is

ORDERED that judgment of forfeiture of the 2001 Chevrolet K1500 LS Suburban, VIN 3GNFK16T61G257194, **SHALL ENTER IN FAVOR** of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party.   It is

FURTHER ORDERED that the United States **SHALL HAVE FULL AND LEGAL TITLE** to the forfeited 2001 Chevrolet K1500 LS Suburban, VIN 3GNFK16T61G257194, and may dispose of it in accordance with law.

Dated:   October 31, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U.S. District Judge