IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  12-cr-00045-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

13.  CENECA ROBINSON,

       Defendant.

_____

**ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582**
_____

This matter is before the court on the defendant's "Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582." Having considered the motion and the agreement of the parties represented therein, the Court finds: 1) the sentence previously imposed has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u);  2) the defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10;  3) the amended guideline range as reflected in the unopposed motion is correctly calculated.

The Court's determination of the Guideline Range prior to any departures is as follows:

| | |
|---|---|
| Previous Offense Level: | 29 |
| Criminal History Category: | III |
| Previous Guideline Range: | 120-135 months |
| | |
| Amended Offense Level: | 27 |
| Criminal History Category: | III |
| Amended Guideline Range: | 87-108 months |

It is further ordered that Defendant's Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582 (ECF No. 1166), filed March 17, 2015, is **GRANTED.** Taking into account the factors set forth in 18 U.S.C. § 3553(a) and any guideline or statutory reductions, to the extent applicable, the previously imposed sentence of 65 months imprisonment is reduced to **47 months**, EFFECTIVE NOVEMBER 1, 2015.

All other provisions of the Judgment entered on August 20, 2013, shall remain in effect.

**IT SO ORDERED**.

Dated:  April 3, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE